PD-0123-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2015 4:57:54 PM
Accepted 6/2/2015 5:00:37 PM
ABEL ACOSTA
CLERK

# No. PD-0123-15

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

JAMES FERNANDEZ,
Appellant,

v.

THE STATE OF TEXAS,
Appellee.

On Appeal from the Court of Appeals, Fourth District of Texas at San Antonio, Court of Appeals No. 04-14-00039-CR

## STATE'S SUPPLEMENTAL NOTICE OF APPEARANCE OF COUNSEL

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

**\*MELISSA LEE HARGIS**
Assistant Attorney General
Criminal Appeals Division
State Bar No. 24055766
Melissa.Hargis@TexasAttorneyGeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

**\*Lead Appellate Counsel**

ATTORNEYS FOR THE STATE

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, the State of Texas and files this, the State's Supplemental Notice of Appearance of Counsel, and respectfully shows the following:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, the State designates **Melissa Lee Hargis** as lead counsel on appeal in the above cause. The required contact information is listed below and is where all correspondence should be sent. The undersigned's oath of office as District Attorney Pro Tem and Anti-bribery statement are attached hereto as an Appendix.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*Lead Counsel

/s/ Melissa Lee Hargis
MELISSA LEE HARGIS*
Assistant Attorney General
Criminal Appeals Division
State Bar No. 24055766
Melissa.Hargis@TexasAttorneyGeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

James McDermott
Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

James McDermott
james@centraltexaslawyers.com

/s/ Melissa Lee Hargis
MELISSA LEE HARGIS
Assistant Attorney General

4

# Appendix

## CAUSE NO. 12716CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 83rd JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| JAMES FERNANDEZ | § | VAL VERDE COUNTY, TEXAS |

## OATH OR AFFIRMATION
Tex. Const. art. XVI, § 1

I, MELISSA HARGIS, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of DISTRICT ATTORNEY PRO TEM for Val Verde County of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_Melissa Lee Hargis_
Officer

SWORN TO and subscribed before me by the Officer on this 22 day of May, 2015.

ASHLEY ELIZABETH HODGSON
Notary Public, State of Texas
My Commission Expires
November 30, 2016

_____
Signature of Person Administering Oath

## CAUSE NO. 12716CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 83rd JUDICIAL FILINGS |
| VS. | § | DISTRICT COURT OF |
| JAMES FERNANDEZ | § | VAL VERDE COUNTY, TEXAS |

Filed in the Office of
Secretary of State
MAY 26 2015
GOVERNMENT
FILINGS SECTION

### STATEMENT OF ELECTED OR APPOINTED OFFICER
Tex. Const. art. XVI, § 1

I, MELISSA HARGIS, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

DISTRICT ATTORNEY PRO-TEM
Position to Which Elected or Appointed

VAL VERDE COUNTY
City and/or County


_Melissa Lee Hargis_
Officer's Signature


SWORN TO and subscribed before me by the Officer on this 22 day of May , 2015.


_Signature of Person Administering Oath_

ASHLEY ELIZABETH HODGSON
Notary Public, State of Texas
My Commission Expires
November 30, 2016